PER CURIAM.

(No. 74-CC-153—Claimant )

KANKAKEE INDUSTRIAL SUPPLY CO., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LAW ENFORCEMENT, Respondent.

*Opinion filed December 12, 1973.*

KANKAKEE INDUSTRIAL SUPPLY CO, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.